United States District Court
Southern District of Texas
**ENTERED**
July 20, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| SANJI HYACINTHE, "Petitioner," | § | |
| v. | § | Civil Action No. 1:26-cv-00335 |
| CARLOS D. CISNEROS, *et al.*, "Respondents." | § | |

## ORDER

Before the Court is Petitioner's "Notice of Dismissal" (Dkt. No. 19). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Petitioner's claims against Respondents are hereby **DISMISSED without prejudice**. The Clerk of the Court is **INSTRUCTED** to close this case.

SIGNED this July 20, 2026

Rolando Olvera
United States District Judge